# Exhibit "1"

# Exhibit "1"

# United States of America
## United States Patent and Trademark Office

# P80

**Reg. No. 5,545,987**  
**Registered Aug. 21, 2018**  
**Int. Cl.: 13**  
**Trademark**  
**Principal Register**

Polymer80, Inc. (NEVADA CORPORATION)  
3111 Deer Run Rd, #8  
Carson City, NEVADA 89701

CLASS 13: Component parts for guns; Firearms

FIRST USE 6-00-2013; IN COMMERCE 6-00-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-803,048, FILED 02-20-2018



Director of the United States  
Patent and Trademark Office