# Exhibit "2"

# Exhibit "2"

BACK TO THE FUTURE: The New GLOCK P80 Classic EditionThe Firearm Blog



Search TFB …

GO

As Seen In      Contact      About      Newsletter

    

# BACK TO THE FUTURE: The New GLOCK P80 Classic Edition From Lipsey's

Posted August 31, 2020 in Daily News, Featured, News, Pistols, Product Announcement, Semi-Auto by Pete with 152 Comments
Tags: g17, glock, Lipseys, p80

Privacy • Terms



BACK TO THE FUTURE: The New GLOCK P80 Classic Series

We all have dreamed about having our own time machine. Some of us would travel back to witness historical events, visit with distant ancestors or to memorize next week's winning lottery numbers. But those of us who are true firearms aficionados often drift off to a place where classic, rare or historic guns are actually obtainable. Once your hands were filled with pre-1986 machineguns, most collectors would gravitate towards their core interests. For me, one of those guns would be a low serial number, new-in-box GLOCK Gen 1 G17. Today, Lipsey's and GLOCK have offered us the next best thing: a classic edition GLOCK P80 that takes you back to where it all started.

First in 1981 and later in 1982, Gaston Glock submitted the G17 pistol for the Austrian Military handgun contract. That pistol won the trials and was designated the Pistole 80 or P80. The first GLOCK made available for purchase in the United States was the G17 in 1986, followed shortly after by the G17 Gen 2 in 1988. In comparison to all the other GLOCK generations sold in the U.S., there are very few first generation GLOCK 17's in circulation.

Over a three year period, Lipsey's worked with GLOCK to produce the closest possible reproduction of the original Pistole 80 as possible. Due to environmental regulations, the Tennifer finishing process once used on the slide is no longer allowed, so the P80 gets the Gen 3 nDLC treatment. Early P80 guns also used a pencil barrel, later followed by the 14mm barrel. Austrian P80 guns are marked with the serial number just on the slide and barrel, not also on the frame like in the U.S.

Privacy · Terms

The P80 designation obviously predates the 80% build company – this pistol is 100% manufactured by GLOCK and distributed exclusively by Lipsey's.

For GLOCK fans and collectors, this is the closest you can get to owning one of Gaston's original guns.



BACK TO THE FUTURE: The New GLOCK P80 Classic Series

## Lipsey's Exclusive GLOCK P80 Gen 1 Pistol – Specifications

- This is a 100% factory made GLOCK.
- This is a limited edition Lipsey's Exclusive firearm.

Privacy • Terms

- Original P80/Gen 1 Frame
- GEN 1 Pebble Texture
- P80 Slide Markings
- Polymer Front & Rear Sights • Flat Extractor
- Single Pin Frame
- Smooth Trigger
- No Front Serrations
- No Accessory Rail
- Includes Two Magazines
- "Tupperware" Style Peel Top Box • Collectible Packaging (Overbox) • Certificate of Authenticity
- MSRP: $669.00



10/29/2020 BACK TO THE FUTURE: The New GLOCK P80 Classic EditionThe Firearm Blog



The P80 comes in a collectors over-box marked 9mm PISTOLE 80 – Classic Edition.



BACK TO THE FUTURE: The New GLOCK P80 Classic Edition

An early Model GLOCK wouldn't be complete without the original "Tupperware" style storage box.



BACK TO THE FUTURE: The New GLOCK P80 Classic Edition

For some reason, the ATF wouldn't allow the importation of the egg-crate ammunition organizer that was inside the original storage cases. The only other difference I spotted was the waves for the finger grooves that would show up on later generation GLOCKs.

Privacy · Terms



BACK TO THE FUTURE: The New GLOCK P80 Classic Edition

---

The pebble grip texture may not be as tactile as the rough texture finish found on some of the later guns, but it feels great. Classic 80's styling.

Privacy · Terms



BACK TO THE FUTURE: The New GLOCK P80 Classic Series

The P80 features the original smooth faced trigger – a feature I could actually get used to in other models.



BACK TO THE FUTURE: The New GLOCK P80 Classic Series

Returning to its roots, the P80 sports a smooth trigger guard, no finger grooves on the grip and a cutout for magazine removal under adverse conditions.

10/29/2020                                    BACK TO THE FUTURE: The New GLOCK P80 Classic EditionThe Firearm Blog



BACK TO THE FUTURE: The New GLOCK P80 Classic Series

Originally designed with a single pin system in the frame, a two pin design emerged when the .40 S&W chambered models made their debut. Like the Gen 5 models (and the original PISTOLE 80), the Classic Edition P80 once again features a single pin setup.

Privacy • Terms



BACK TO THE FUTURE: The New GLOCK P80 Classic Series

Outside of GLOCK, there appears to be only one P80 pistol in the United States – at the Smithsonian Institution's National Museum of American History. Unfortunately, it is not currently on display. Because of the ATF serial marking requirements on the frame, it would have been nearly impossible to import a PISTOLE 80 into the U.S.

Privacy • Terms



Pistol, semiautomatic. 1985.0405.01. – Credit: Smithsonian Institution

Privacy · Terms



Pistol, semiautomatic. 1985.0405.01. Credit: Smithsonian Institution

As a GLOCK fan, I feel it's my duty to buy the P80 – I love the classic retro feel and styling. Holding this gun brings me back a few decades, to a time that molded me into the gun guy I am today. When 80's action heroes guided my career choices, hobbies and lifestyle. Now all I need are some stonewashed jeans, a black Toyota SR5 Crew Cab and a wavy mullet with golden highlights that made all the girls swoon.

Well, at least I can have the P80.



BACK TO THE FUTURE: The New GLOCK P80 Classic Edition

**Pete**

Editor In Chief- TFB
LE – Silencers – Science

Privacy • Terms