# Exhibit "3"

Exhibit "3"









