1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Polymer80, Inc.

                Plaintiff(s),

    vs.

Glock, Inc. and Lipsey's, LLC

                Defendant(s).

Case # 3:20-cv-00617-MMD

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Edmund J. Ferdinand, III    , Petitioner, respectfully represents to the Court:
    (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

                       Ferdinand IP Law Group
                              (firm name)

with offices at          450 Seventh Avenue, Suite 1300         ,
                            (street address)

      New York      , New York        ,   10123  ,
        (city)               (state)         (zip code)

    212-220-0523    ,   jferdinand@FIPLawGroup.com  .
  (area code + telephone number)        (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

    Plaintiff, Polymer80, Inc.       to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.     That since _____02/28/1994_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _New York_____
                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals Second Circuit | 11/08/2018 | |
| U.S. Court of Appeals, Federal Circuit | 12/01/1997 | |
| U.S. Court of Appeals, Fourth Circuit | 10/20/1995 | |
| U.S. Court of Appeals, Ninth Circuit | 2003 | |
| Southern District of New York | 02/28/1994 | |
| Eastern District of New York | 02/28/1994 | |
| District of Connecticut | 1999 | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

7.     That Petitioner is a member of good standing in the following Bar Associations.

Federal Bar Council; Copyright Society; International Trademark Association

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    Petitioner's signature

5   STATE OF Connecticut )

6   COUNTY OF Fairfield )

7      Edmund J. Ferdinand, III Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9                                                    Petitioner's signature

10  Subscribed and sworn to before me this

11  11th day of November, 2020.

12

13                        Notary Public or Clerk of Court

14  **Laura A. Spanakos**

15  State of Connecticut

16  NOTARY PUBLIC Comm Exp: Aug 31, 2021
My Commission Expires Aug 31, 2021 DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO

17  **THE BAR OF THIS COURT AND CONSENT THERETO.**

18      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19  believes it to be in the best interests of the client(s) to designate John R. Funk,
                                               (name of local counsel)

20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21  above-entitled Court as associate resident counsel in this action.  The address and email address of

22  said designated Nevada counsel is:

23           Gunderson Law Firm, 3895 Warren Way

24                         (street address)

25  Reno, Nevada, 89509
    (city), (state), (zip code)

26  775-829-1222        jfunk@gundersonlaw.com

27  (area code + telephone number)     (Email address)

28                       4                         Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____John R. Funk_____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____

(party's signature)

Polymer80, Inc.
_____
(type or print party name, title)

_____
(party's signature)

DAVID L. BORGES, CEO
_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____

Designated Resident Nevada Counsel's signature

12372                     jfunk@gundersonlaw.com
_____
Bar number             Email address

APPROVED:

Dated: this __16th__ day of __November__, 20 _20_.

_____

UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Appellate Division of the Supreme Court
of the State of New York
First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of
the Supreme Court of the State of New York, First Judicial
Department, certify that

# Edmund John Ferdinand III

was duly licensed and admitted to practice as an Attorney and
Counsellor at Law in all the courts of the State of New York on
February 28, 1994, has duly taken and subscribed the oath of office
prescribed by law, has been enrolled in the Roll of Attorneys and
Counsellors at Law on file in my office, has duly registered with the
administrative office of the courts, and according to the records of
this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my
hand and affixed the seal of this court on
October 20, 2020

_____

Clerk of the Court

7294

# *State of Connecticut*

# *Supreme Court*

I, **Carolyn C. Ziogas**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify, that, in the Superior Court at* **Bridgeport**

*on the* **4th** *day of* **June, 2001**

### Edmund J. Ferdinand

*of*

### Weston, Connecticut

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*

*In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day* **October 30, 2020**

*Carolyn C. Ziogas*
*Chief Clerk*