Matthew D. Francis
Nevada Bar No. 6978
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171
Email: mfrancis@bhfs.com

*Attorneys for Defendants*
*Glock, Inc. and Lipsey's LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| POLYMER80, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLOCK, INC.; and LIPSEY'S LLC, <br><br> Defendants. | CASE NO.: 3:20-cv-00617-MMD-CLB <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> **FIRST REQUEST** |

WHEREAS, Plaintiff Polymer80, Inc. filed its Complaint on November 3, 2020.

WHEREAS, Defendant Glock, Inc. was served with the Summons and Complaint on November 6, 2020.

WHEREAS, a response to the Complaint is currently due by Defendant Glock, Inc. on November 27, 2020.

WHEREAS, Defendant Lipsey's, LLC was served with the Summons and Complaint on November 11, 2020.

WHEREAS, a response to the Complaint is currently due by Defendant Lipsey's, LLC on December 2, 2020.

WHEREAS, due to defense counsel and local counsel having just been retained to represent the Defendants in this action, and the complexity of the issues, the parties have stipulated to extend the date for Defendants Glock, Inc. and Lipsey's, LLC to respond to the

1

Complaint until and through January 4, 2021.

IT IS HEREBY STIPULATED BETWEEN THE PARTIES, through their attorneys of record that the deadline for both Glock, Inc. and Lipsey's, LLC to serve responses to Plaintiff's Complaint shall be extended until and through January 4, 2021.

Dated: November 23, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ John R. Funk | /s/ Matthew D. Francis |
| John R. Funk | Matthew D. Francis |
| Nevada Bar No. 12372 | Nevada Bar No. 6978 |
| Luke A. Walker | BROWNSTEIN HYATT FARBER |
| Nevada Bar No. 14429 | SCHRECK, LLP |
| GUNDERSON LAW FIRM | 5371 Kietzke Lane |
| 3895 Warren Way | Reno, NV 89511 |
| Reno, NV 89509 | Telephone: (775) 324-4100 |
| Telephone: (775) 829-1222 | E-mail: mfrancis@bhfs.com |
| Email: jfunk@gundersonlaw.com | |
| lwalker@gundersonlaw.com | *Attorneys for Defendants Glock, Inc. and Lipsey's LLC* |

Edmund J. Ferdinand, III.
(Admitted pro hac vice)
Alexander Malbin
(Admitted pro hac vice)
John F. Olsen
(pro hac vice pending)
FERDINAND IP LAW GROUP
450 Seventh Avenue, Suite 1300
New York, NY 10123
Telephone: (212) 220-0523
Email: jferdinand@fiplawgroup.com
       amalbin@fiplawgroup.com
       jolsen@fiplawgroup.com

*Attorneys for Plaintiff Polymer 80, Inc.*

**IT IS SO ORDERED**:

_____
United States Magistrate Judge

DATED: November 30, 2020

2

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 24th day of November, 2020, I served the document entitled, **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**, on counsel of record through the CM/ECF system.

　　　　　　　　　　　　　　　　　　　　/s/   *Jeff Tillison*
　　　　　　　　　　　　　　　　　　　Employee of Brownstein Hyatt Farber Schreck, LLP

3