JOHN R. FUNK, ESQ.
(Nevada Bar No. 12372)
jfunk@gundersonlaw.com
LUKE A. WALKER, ESQ.
lwalker@gundersonlaw.com
GUNDERSON LAW FIRM
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226

EDMUND J. FERDINAND, III, ESQ.
(Admitted *pro hac vice*)
JFerdinand@FIPLawGroup.com
DIANE T. GORCZYCA, ESQ.
(Admitted *pro hac vice*)
DGorczyca@FIPLawGroup.com
ALEXANDER MALBIN, ESQ.
(Admitted *pro hac vice*)
AMalbin@FIPLawGroup.com
JOHN OLSEN, ESQ.
(Admitted pro hac vice)
JOlsen@FIPLawGroup.com
FERDINAND IP LAW GROUP
450 Seventh Avenue, Suite 1300
New York, NY 10123
Telephone: 212.220-0523
Facsimile: 203.549.2339

*Attorneys for Plaintiff, POLYMER80, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| POLYMER80, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLOCK, INC.; and LIPSEY'S, LLC, <br><br> Defendants. | Case No. 3:20-cv-00617-MMD-CLB <br><br> **JOINT CASE MANAGEMENT REPORT** <br><br> **Date:** March 22, 2021 <br> **Time:** 11:00 a.m. <br> **Location:** Via Zoom video conference <br> Reno Courtroom 1 <br> **Judge:** Hon. Carla Baldwin |

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

-1-

The parties to this action, through counsel, jointly certify that they conferred and hereby submit their Joint Case Management Report in accordance with this Court's Order Setting Case Management Conference dated January 29, 2021 (Dkt. #36), Federal Rules of Civil Procedure 16 and 26(f), and Local Rule ("LR") 26-1.

## I. INTRODUCTION

On January 29, 2021, the parties submitted their Joint Rule 26(f) Report (the "Report") and [Proposed] Stipulated Discovery Plan and Scheduling Order (the "Scheduling Order") (Dkt. #37). The Court signed and entered the Scheduling Order on February 1, 2021, approving the parties' discovery plan and proposed dates and deadlines for this action (Dkt. #38). Because the Report and Scheduling Order addresses almost all the items outlined in Section C of the Court's Order Setting Case Management Conference, the parties refer to and hereby incorporate by reference the Report (Dkt. #37) and Scheduling Order (Dkt. #38) and provide additional information regarding the status of initial disclosures and discovery requests (*see*, Order Setting Case Management Conference, section C(6)(a) and (b)).

## II. INITIAL DISCLOSURES

Pursuant to the Scheduling Order, the parties were due to exchange Initial Disclosures under Fed. R. Civ. Pro. 26(a)(1) on or before February 3, 2021. Defendants, Glock, Inc. and Lipsey's, LLC, served their Initial Disclosures on January 29, 2021. Plaintiff, Polymer80, Inc., served its Initial Disclosures on February 3, 2021.

## III. DISCOVERY REQUESTS

On January 29, 2021, Defendant, Glock, Inc. ("Glock"), served its First Set of Interrogatories and Defendants, Glock, Inc. and Lipsey's, LLC ("Lipsey's"), served their First Set of Document Requests on Plaintiff, Polymer80, Inc. ("Polymer80"). Polymer80 served its Responses and Objections to the First Set of Interrogatories and First Set of Documents Requests, and produced documents in response thereto, on March 1, 2021.

///
///
///

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA  89509
(775) 829-1222

-2-

On February 16, 2021, Polymer80 served First Sets of Interrogatories and First Sets of Requests for Production of Documents and Things on Glock and Lipsey's. Responses to those discovery requests are currently due on March 18, 2021.

DATED: March ___, 2021                                   DATED: March ___, 2021


By:  */s/ John R. Funk*                                      By:  */s/ Matthew D. Francis*
     JOHN R. FUNK, ESQ.                                          MATTHEW D. FRANCIS, ESQ.
     (Nevada Bar No. 12372)                                      (Nevada Bar No. 6978)
     jfunk@gundersonlaw.com                                      mfrancis@bhfs.com
     LUKE A. WALKER, ESQ.                                        BROWNSTEIN HYATT FARBER
     (Nevada Bar No. 14429)                                      SCHRECK, LLP
     lwalker@gundersonlaw.com
     GUNDERSON LAW FIRM                                          JOHN F. RENZULLI, ESQ.
                                                                 (Admitted *pro hac vice*)
     EDMUND J. FERDINAND, III, ESQ.                              jrenzulli@renzullilaw.com
     (Admitted *pro hac vice*)                                   JOSHUA PAUL, ESQ.
     JFerdinand@FIPLawGroup.com                                  (Admitted *pro hac vice*)
     DIANE T. GORCZYCA, ESQ.                                     jpaul@renzullilaw.com
     (*Pro hac vice* admission pending)                          GAVIN M STRUBE, ESQ.
     DGorczyca@FIPLawGroup.com                                   (Admitted *pro hac vice*)
     ALEXANDER MALBIN, ESQ.                                      gstrube@renzullilaw.com
     (Admitted *pro hac vice*)                                   RENZULLI LAW FIRM, LLP
     AMalbin@FIPLawGroup.com                                     *Attorneys for Defendants, GLOCK, INC.*
     JOHN OLSEN, ESQ.                                            *and LIPSEY'S LLC*
     (Admitted *pro hac vice*)
     JOlsen@FIPLawGroup.com
     FERDINAND IP LAW GROUP
     *Attorneys for Plaintiff, POLYMER80, INC.*

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA  89509
(775) 829-1222

-3-

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the law office of GUNDERSON LAW FIRM, and on the _____ day of March, 2021, I electronically emailed and electronically filed the **NOTICE OF APPEARANCE** and a copy will be electronically mailed by the United States District Court-District of Nevada through CM/ECF to the following:

**Matthew D. Francis, Esq.**
Nevada State Bar No. 6978
mfrancis@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
*Counsel for Defendants*
*Glock, Inc. And Lipsey's LLC*

**John F. Renzulli, Esq.**
(Admitted *pro hac vice*)
jrenzulli@renzullilaw.com
**Gavin M. Strube, Esq.**
(Admitted *pro hac vice*)
gstrube@renzullilaw.com
**Joshua Paul, Esq.**
(Admitted *pro hac vice*)
jpaul@renzullilaw.com
RENZULLI LAW FIRM, LLP
*Counsel for Defendants*
*Glock, Inc. And Lipsey's LLC*

_____
Cinnamon Konieczka