Matthew D. Francis
Nevada Bar No.: 6978
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, NV  89511
Telephone:  (775) 324-4100
Facsimile:  (775) 333-8171
Email:  mfrancis@bhfs.com

John F. Renzulli
New York Bar No.: 1931476
(Admitted *pro hac vice*)
Joshua Paul
New York Bar No.: 1991389
(Admitted *pro hac vice*)
Gavin M. Strube
New York Bar No.: 5507728
(Admitted *pro hac vice*)
RENZULLI LAW FIRM, LLP
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone:  (914) 284-0700
Facsimile:  (914) 285-1213
Email: jrenzulli@renzullilaw.com
        jpaul@renzullilaw.com
        gstrube@renzullilaw.com

*Attorneys for Defendants, Glock, Inc.; and Lipsey's LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| POLYMER80, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>GLOCK, INC.; and LIPSEY'S, LLC,<br><br>                Defendants. | CASE NO.:  3:20-cv-00617-MMD-CLB<br><br>**STIPULATION TO DISMISS DEFENDANTS' SECOND AFFIRMATIVE DEFENSE** |

Plaintiff Polymer80, Inc. and Defendants Glock, Inc. and Lipsey's, LLC hereby stipulate to dismiss Defendants' second affirmative defense contained in ECF No. 28 with prejudice.  Each party shall bear their own attorneys' fees and costs.

BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>5520 Kietzke Lane, Suite 110<br>Reno, NV 89511<br>775.324.4100

1

**IT IS SO STIPULATED:**

GUNDERSON LAW FIRM

By: _/s/ John R. Funk_____.
    John R. Funk
    Nevada Bar No.: 12372
    jfunk@gundersonlaw.com
    Luke A. Walker
    Nevada Bar No.: 14429
    lwalker@gundersonlaw.com
    GUNDERSON LAW FIRM
    3895 Warren Way
    Reno, NV 89509
    Telephone:  (775) 829-1222
    Facsimile:  (775) 829-1226

       -and-

    Edmund J. Ferdinand, III
    New York Bar No.: 2605988
    (Admitted *pro hac vice*)
    jferdinand@fiplawgroup.com
    Alexander Malbin
    New York Bar No.: 5028725
    (Admitted *pro hac vice*)
    amalbin@fiplawgroup.com
    Diane T. Gorczyca
    New York Bar No. 5748397)
    (Admitted *pro hac vice*)
    dgorczyca@fiplawgroup.com
    John F. Olsen
    New York Bar No.: 2764082
    (Admitted *pro hac vice*)
    jolsen@fiplawgroup.com
    FERDINAND IP LAW GROUP
    450 Seventh Avenue, Suite 1300
    New York, NY 10123
    Telephone: (212) 220-0523
    Facsimile:  (203) 549-2339
    *Attorneys for Plaintiffs, Polymer80, Inc.*

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

By: _/s/ Matthew D. Francis_____.
    Matthew D. Francis
    Nevada Bar No.: 6978
    mfrancis@bhfs.com
    5520 Kietzke Lane, Suite 110
    Reno, NV 89511
    Telephone:  (775) 324-4100
    Facsimile:  (775) 333-8171

       -and-

    John F. Renzulli
    New York Bar No.: 1931476
    (Admitted *pro hac vice*)
    jrenzulli@renzullilaw.com
    Joshua Paul
    New York Bar No.: 1991389
    (Admitted *pro hac vice*)
    jpaul@renzullilaw.com
    Gavin M. Strube
    New York Bar No.: 5507728
    (Admitted *pro hac vice*)
    gstrube@renzullilaw.com
    RENZULLI LAW FIRM, LLP
    One North Broadway, Suite 1005
    White Plains, NY 10601
    Telephone:  (914) 284-0700
    Facsimile:  (914) 285-1213
    *Attorneys for Defendants, Glock, Inc. and
    Lipsey's, LLC*

**IT IS SO ORDERED.**

_____

UNITED STATES DISTRICT JUDGE

DATED: _April 12, 2021_____

2

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
5520 Kietzke Lane, Suite 110
Reno, NV 89511
775.324.4100

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 9th day of April, 2021, I served the document entitled, **STIPULATION TO DISMISS DEFENDANTS' SECOND AFFIRMATIVE DEFENSE**, on counsel of record through the CM/ECF system.

*/s/ Jeff Tillison*
Employee of Brownstein Hyatt Farber Schreck, LLP