1  Matthew D. Francis
   Nevada Bar No. 6978
2  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   5520 Kietzke Lane, Suite 110
3  Reno, NV 89511
   Telephone: 775.324.4100
4  Facsimile: 775.333.8171
   Email: mfrancis@bhfs.com
5
   John F. Renzulli
6  New York Bar No.: 1931476
   (Admitted *pro hac vice*)
7  Peter V. Malfa
   New York Bar No.: 5224720
8  (Admitted *pro hac vice*)
   Gavin M. Strube
9  New York Bar No.: 5507728
   (Admitted *pro hac vice*)
10 RENZULLI LAW FIRM, LLP
   One North Broadway, Suite 1005
11 White Plains, NY 10601
   Telephone: (914) 284-0700
12 Facsimile: (914) 285-1213
   Email: jrenzulli@renzullilaw.com
13        gstrube@renzullilaw.com
          pmalfa@renzullilaw.com
14
   *Attorneys for Defendants Glock, Inc. and Lipsey's LLC*

15

## UNITED STATES DISTRICT COURT

16

### DISTRICT OF NEVADA

17

18

| | |
|---|---|
| POLYMER80, INC., | CASE NO.: 3:20-cv-00617-MMD-CLB |
| Plaintiff, | |
| v. | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| GLOCK, INC.; and LIPSEY'S LLC, | |
| Defendants. | |

To:   The Honorable U.S. District Court, and Plaintiff and your counsel of record:

**PLEASE TAKE NOTICE** that Joshua Paul, Esq., is no longer associated with the law offices RENZULLI LAW FIRM, LLP, and is therefore no longer counsel for Defendants GLOCK, INC. and LIPSEY'S LLC (collectively "Defendants").

1

Please remove the following from your service list:

Joshua Paul, Esq.
New York Bar No. 1991389/ Admitted *pro hac vice*
RENZULLI LAW FIRM, LLP
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone:  914-284-0700
Facsimile:  914-285-1213
Email:  jpaul@renzullilaw.com

Accordingly, the undersigned respectfully requests that the Clerk remove Mr. Paul's name as counsel for Defendants.

Matthew D. Francis, Esq. of Brownstein Hyatt Farber Schreck, LLP and John F. Renzulli, Peter V. Malfa, and Gavin M. Strube of Renzulli Law Firm, LLP will remain as counsel for Defendants.

DATED: August 24, 2021                    BROWNSTEIN HYATT FARBER SCHRECK, LLP


 /s/ Matthew D. Francis
Matthew D. Francis
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511

John F. Renzulli (Admitted *pro hac vice*)
Peter V. Malfa (Admitted *pro hac vice*)
Gavin M. Strube (Admitted *pro hac vice*)
RENZULLI LAW FIRM, LLP
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone:  (914) 284-0700
Facsimile:  (914) 285-1213

*Attorneys for Defendants*
*Glock, Inc. and Lipsey's LLC*


**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _____August 24, 2021_____

2

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 24th day of August, 2021, I served the document entitled, **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**, on counsel of record through the CM/ECF system.

*/s/    Jeff Tillison*
Employee of Brownstein Hyatt Farber Schreck, LLP