JOHN R. FUNK, ESQ.
(Nevada Bar No. 12372)
jfunk@gundersonlaw.com
LUKE A. WALKER, ESQ.
lwalker@gundersonlaw.com
GUNDERSON LAW FIRM
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226

EDMUND J. FERDINAND, III, ESQ.
(Admitted *pro hac vice*)
JFerdinand@FIPLawGroup.com
JOHN OLSEN, ESQ.
(Admitted pro hac vice)
JOlsen@FIPLawGroup.com
FERDINAND IP LAW GROUP
450 Seventh Avenue, Suite 1300
New York, NY 10123
Telephone: 212.220-0523
Facsimile: 203.549.2339

*Attorneys for Plaintiff, POLYMER80, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| POLYMER80, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLOCK, INC.; and LIPSEY'S, LLC, <br><br> Defendants. | Case No. 3:20-cv-00617-MMD-CLB <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR JOINT CASE MANAGEMENT REPORT AND RESCHEDULE CASE MANAGEMENT CONFERENCE** <br><br> **(First Request)** |

      Plaintiff Poymer80, Inc. ("Plaintiff") and Defendants GLOCK, Inc. and Lipsey's, LLC (collectively "Defendants") (collectively, at times, the "Parties"), by and through their respective

///

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

-1-

counsel, hereby stipulate and agree: (i) to extend the deadline for submission of the Joint Case Management Report required by the Court's Order, dated January 5, 2022 (D.I. 62) by one week, to January 27, 2022; and (ii) to reschedule the Case Management Conference from Monday, January 24, 2022 to Monday, January 31, 2022, or at the Court's earliest convenience.

This is the first request to extend the deadlines set forth in the Court's January 5, 2022 Order. The request is made in good faith and not for the purpose of delay.

In accordance with the Court's January 5, 2022 Order, the Parties confirm that they conducted a meet and confer conference by telephone on January 12, 2022 at which all counsel of record were present. Following the meet and confer, the parties sent subsequent detailed written communications by letter setting forth and clarifying their positions on January 14, 2022 and January 17, 2022.

The Parties can report that they have made substantial progress to resolve Defendants' stated deficiency notices during the meet and confer conference and subsequent written communications. Of the approximately 30 different Interrogatories and Requests for Production at issue in Defendants' deficiency notices, Plaintiff revisited its prior objections and removed them with respect to approximately 25 of the 30 Interrogatories and document requests.  The parties have resolved all of the issues with respect to the Interrogatories, as Plaintiff will serve amended responses by an agreed future date. The only remaining issues are with respect to: (i) Plaintiff's continued objections with respect to approximately 5 of the Requests for Production in Defendants' Second Set of Document Requests, for which Plaintiff continues to maintain objections in whole or in part; and (ii) the timing and method of Plaintiff's further document production, which is estimated to be in the range of 30,000 to 50,000 additional responsive documents and emails to produce in total.

The parties can also report that they have reached agreement on a preferred form of mediation.

However, the parties require a further meet and confer telephone conference to address the few remaining open issues of Plaintiff's document objections, and to reach agreement on the deadlines set forth in the Court's January 5, 2022, in order to finalize and file the Joint Case Management Report. The parties are unable to conduct the further meet and confer conference this week because of scheduling conflicts of counsel and the Parties. Hence, despite good faith efforts and multiple communications between counsel to date, the parties are not in a position to provide the Court with

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA  89509
(775) 829-1222

-2-

final positions for the Joint Case Management report by tomorrow, January 20, 2022. Moreover, the Parties prefer to continue to work together to narrow and resolve the remaining open issues in good faith, as they have done to date, which they believe serves the interest of judicial efficiency. The first opportunity for counsel to have the further meet and confer will be on Tuesday, January 25, 2022. The parties will then be in a position to finalize and file the Joint Case Management Report by Thursday, January 27, 2022.

For good cause shown, the Parties respectfully request the Court to (i) to extend the deadline for submission of the Joint Case Management Report required by the Court's Order, dated January 5, 2022 (D.I. 62) by one week, to January 27, 2022; and (ii) to reschedule the Case Management Conference from Monday, January 24, 2022 to Monday, January 31, 2022, or at the Court's earliest convenience.

**IT IS SO STIPULATED:**

Dated: January 19, 2022

| GUNDERSON LAW FIRM | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: /s/ *John R. Funk* . <br> John R. Funk <br> Nevada Bar No.: 12372 <br> jfunk@gundersonlaw.com <br> Luke A. Walker <br> Nevada Bar No.: 14429 <br> lwalker@gundersonlaw.com <br> GUNDERSON LAW FIRM <br> 3895 Warren Way <br> Reno, NV 89509 <br> Telephone: (775) 829-1222 <br> Facsimile: (775) 829-1226 <br><br> -and- | By: /s/ *Matthew D. Francis* . <br> Matthew D. Francis <br> Nevada Bar No.: 6978 <br> mfrancis@bhfs.com <br> 5520 Kietzke Lane, Suite 110 <br> Reno, NV 89511 <br> Telephone: (775) 324-4100 <br> Facsimile: (775) 333-8171 <br><br> -and- |

**CONTINUED ON NEXT PAGE**

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

-3-

| | |
|---|---|
| Edmund J. Ferdinand, III<br>New York Bar No.: 2605988<br>(Admitted *pro hac vice*)<br>jferdinand@fiplawgroup.com<br>Alexander Malbin<br>New York Bar No.: 5028725<br>(Admitted *pro hac vice*)<br>amalbin@fiplawgroup.com<br>Diane T. Gorczyca<br>New York Bar No. 5748397)<br>(Admitted *pro hac vice*)<br>dgorczyca@fiplawgroup.com<br>John F. Olsen<br>New York Bar No.: 2764082<br>(Admitted *pro hac vice*)<br>jolsen@fiplawgroup.com<br>FERDINAND IP LAW GROUP<br>450 Seventh Avenue, Suite 1300<br>New York, NY 10123<br>Telephone: (212) 220-0523<br>Facsimile: (203) 549-2339<br>*Attorneys for Plaintiffs, Polymer80, Inc.* | John F. Renzulli<br>New York Bar No.: 1931476<br>(Admitted *pro hac vice*)<br>jrenzulli@renzullilaw.com<br>Gavin M. Strube<br>New York Bar No.: 5507728<br>(Admitted *pro hac vice*)<br>gstrube@renzullilaw.com<br>RENZULLI LAW FIRM, LLP<br>One North Broadway, Suite 1005<br>White Plains, NY 10601<br>Telephone: (914) 284-0700<br>Facsimile: (914) 285-1213<br>*Attorneys for Defendants, Glock, Inc. and Lipsey's, LLC* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 19, 2022

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA  89509
(775) 829-1222

-4-