JOHN R. FUNK, ESQ.
(Nevada Bar No. 12372)
jfunk@gundersonlaw.com
Luke A. Walker, Esq.
(Nevada Bar No. 14429)
lwalker@gundersonlaw.com
GUNDERSON LAW FIRM
3895 Warren Way
Reno, NV 89509
Phone: (775) 829-1222
Facsimile: (775) 829-1226

EDMUND J. FERDINAND, III, ESQ.
(Admitted *pro hac vice*)
JFerdinand@FIPLawGroup.com
ALEXANDER MALBIN, ESQ.
(Admitted *pro hac vice*)
AMalbin@FIPLawGroup.com
JOHN F. OLSEN, ESQ.
(Admitted *pro hac vice*)
JOlsen@FIPLawGroup.com
FERDINAND IP LAW GROUP
450 Seventh Avenue, Suite 1300
New York, NY 10123
Phone: (212) 220-0523

Counsel for Plaintiff, Polymer 80, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| POLYMER80, INC.,<br><br>               Plaintiff,<br>v.<br><br>GLOCK, INC.; and, LIPSEY'S LLC,<br><br>               Defendants. | Case No. 3:20-cv-00617-MMD-CLB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that, pursuant to Local Rule of Practice 11-6 this Notice of Withdrawal of Counsel is being submitted to inform the Court, the parties, and counsel that DIANE T. GORCZYCA, ESQ. is no longer associated with the law firm FERDINAND IP LAW GROUP

effective January 21, 2022. The other attorneys from Ferdinand IP Law Group and Gunderson Law Firm listed below will continue to serve as counsel for Plaintiff, Polymer80, Inc. on the matter.

Accordingly, the undersigned respectfully requests that the Clerk remove Ms. Gorczyca's name as counsel for this case number.

Dated: This 24 day of January, 2022.

GUNDERSON LAW FIRM

By: _____
JOHN R. FUNK, ESQ.
Nevada Bar No. 12372
jfunk@Gundersonlaw.com
MARK H. GUNDERSON, ESQ.
Nevada Bar No. 2134
mgunderson@Gundersonlaw.com
LUKE A. WALKER, ESQ.
Nevada Bar No. 14429
lwalker@gundersonlaw.com
3895 Warren Way
Reno, NV 89509
(775) 829-1222
(775) 829-1226

IT IS SO ORDERED.

Dated: January 24, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

EDMUND J. FERDINAND, III, ESQ.
JFerdinand@FIPLawGroup.com
ALEXANDER MALBIN, ESQ.
AMalbin@FIPLawGroup.com
JOHN F. OLSEN, ESQ.
JOlsen@FIPLawGroup.com
FERDINAND IP LAW GROUP
450 Seventh Avenue, Suite 1300
New York, NY 10123
Phone: (212) 220-0523
*Counsel for Plaintiff, Polymer 80, Inc.*

-2-

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the law office of GUNDERSON LAW FIRM, and on the 24 day of January, 2022, I electronically filed the **NOTICE OF WITHDRAWAL OF COUNSEL** and a copy will be electronically mailed by the United States District Court-District of Nevada through CM/ECF to the following:

**Matthew D. Francis, Esq.**
Nevada State Bar No. 6978
mfrancis@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
*Counsel for Defendants*
*Glock, Inc. And Lipsey's LLC*

**John F. Renzulli, Esq.**
(Admitted *pro hac vice*)
jrenzulli@renzullilaw.com
**Gavin M. Strube, Esq.**
(Admitted *pro hac vice*)
gstrube@renzullilaw.com
**Peter V. Malfa, Esq.**
(Admitted *pro hac vice*)
pmalfa@renzullilaw.com
RENZULLI LAW FIRM, LLP
*Counsel for Defendants*
*Glock, Inc. And Lipsey's LLC*

_/s/ Cindy Stockwell_
Cindy Stockwell