**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| POLYMER80, INC., | Case No. 3:20-CV-00617-MMD-CLB |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE MOTION TO WITHDRAW AS COUNSEL** |
| v. | |
| GLOCK, INC., *et al.*, | [ECF No. 71] |
| Defendants. | |

The court has reviewed the motion of Edmund J. Ferdinand, III, John Olsen, and Alexander Malbin of Ferdinand IP, LLC dba Ferdinand IP Law Group's motion to withdraw as counsel and notice of in camera submission. (ECF No. 71.) Counsel failed to serve a copy of the motion on the Plaintiff, Polymer80, Inc. Therefore, the motion to withdraw as counsel is **DENIED without prejudice**. (*Id.*) Counsel may refile the motion with certificate of service indicating service on Plaintiff. The Court will consider the motion after the time for filing an opposition has expired.

In regard to *in camera* documents, counsel shall follow the dictates of Local Rule IA 10-5 concerning the filing of sealed documents rather than submit documents *in camera*.

**DATED**: March 30, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**