UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| POLYMER80, INC., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>GLOCK, INC., *et al.*, <br><br>　　　　　Defendants. | Case No. 3:20-CV-00617-MMD-CLB <br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND MOTION TO SEAL** <br><br>[ECF Nos. 73, 74] |

The law firm of Ferdinand IP, LLC d/b/a Ferdinand IP Law Group and individual attorneys Edmund J. Ferdinand, III, Esq., John Olsen, Esq., and Alexander Malbin, Esq. filed a motion to withdraw as counsel. (ECF No. 73.) No opposition was filed. Therefore, the motion to withdraw as counsel is **GRANTED**. (*Id.*) The motion to seal the memorandum and declaration associated with this motion, (ECF No. 74), is **GRANTED**.

At this time the Gunderson Law Firm, John Funk, Esq., and Luke Walker, Esq. continue as counsel of record for Polymer80, Inc. although their motion to withdraw as counsel has been filed and is in the briefing cycle. (ECF No. 76.)

Polymer80, Inc. is advised that the Ninth Circuit has held that a corporation and other unincorporated associations may only appear in federal court through an attorney. *United States v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244 (9th Cir. 1993); *Licht v. America West Airlines*, 40 F.3d 1058 (9th Cir. 1994).

**IT IS SO ORDERED.**

**DATED**: April 15, 2022.

UNITED STATES MAGISTRATE JUDGE