# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| POLYMER80, INC., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>GLOCK, INC., *et al.*, <br><br>　　　　　Defendants. | Case No. 3:20-CV-00617-MMD-CLB <br><br> **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** <br><br> [ECF Nos. 76] |

The law firm of Gunderson Law Firm and individual attorneys John Funk, Esq. and Luke Walker, Esq. filed a motion to withdraw as counsel. (ECF No. 76.) No opposition was filed. Therefore, the motion to withdraw as counsel is **GRANTED**. (*Id.*)

Polymer80, Inc. is advised that the Ninth Circuit has held that a corporation and other unincorporated associations may only appear in federal court through an attorney. *United States v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244 (9th Cir. 1993); *Licht v. America West Airlines*, 40 F.3d 1058 (9th Cir. 1994). At present, there are no attorneys or law firms currently representing Polymer80, Inc. in this case as all previous attorneys and counsel have withdrawn from representation. Therefore, the Court orders Polymer80, Inc. to associate new counsel in this action within thirty (30) days of the date of this order.

**IT IS SO ORDERED.**

**DATED**: April 20, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**