Matthew D. Francis
Nevada Bar No. 6978
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171
Email: mfrancis@bhfs.com

John F. Renzulli
New York Bar No.: 1931476
(Admitted *pro hac vice*)
Peter V. Malfa
New York Bar No.: 5224720
(Admitted *pro hac vice*)
Gavin M. Strube
New York Bar No.: 5507728
(Admitted *pro hac vice*)
RENZULLI LAW FIRM, LLP
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone: (914) 284-0700
Facsimile: (914) 285-1213
Email: jrenzulli@renzullilaw.com
       pmalfa@renzullilaw.com
       gstrube@renzullilaw.com

*Attorneys for Defendants Glock, Inc. and Lipsey's LLC*

Robert C. Ryan
Nevada Bar No.: 7164
Josh M. Halen
Nevada Bar No.: 13885
HOLLAND & HART LLP
5441 Kietzke Lane
Second Floor
Reno, NV 89511
Telephone: 775.327.3042
Facsimile: 775.786.6179
Email: rcryan@hollandhart.com
       jmhalen@hollandhart.com

Dirk W. Gaspar
Nevada Bar No.: 10046
HOLLAND & HART LLP
9555 Hillwood Drive
2nd Floor
Las Vegas, NV 89134
Telephone: (702) 669-4630
Email: dwgaspar@hollandhart.com

*Attorneys for Plaintiff, Polymer80, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| POLYMER80, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLOCK, INC. and LIPSEY'S LLC, <br><br> Defendants. | CASE NO.: 3:20-cv-00617-MMD-CLB <br><br> **JOINT NOTICE OF SETTLEMENT** |

Pursuant to this Court's May 25, 2022 Minute Order [ECF No. 87], Plaintiff Polymer80, Inc. ("Plaintiff") and Defendants GLOCK, Inc. and Lipsey's LLC (collectively "Defendants"), hereby submit this Joint Notice of Settlement. Plaintiff and Defendants represent to this Court that

1

1  they have reached a settlement in the matter and request that the virtual status conference scheduled
2  for June 10, 2022, at 9:00 a.m. be vacated.  Plaintiff and Defendants further represent that a
3  dismissal with prejudice will be filed no later than July 11, 2022.

4  DATED: June 9, 2022

| HOLLAND & HART LLP | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: /s/ *Robert C. Ryan* . <br> Robert C. Ryan <br> Nevada Bar No.: 7164 <br> rcryan@hollandhart.com <br> Josh M. Halen <br> Nevada Bar No.: 13885 <br> jmhalen@hollandhart.com <br> 5441 Kietzke Lane, Second Floor <br> Reno, NV 89511 <br> Telephone: (775) 327-3042 <br> Facsimile: (775) 786-6179 <br><br> -and- <br><br> Dirk W. Gaspar <br> Nevada Bar No.: 10046 <br> dwgaspar@hollandhart.com <br> 9555 Hillwood Drive <br> 2nd Floor <br> Las Vegas, NV 89134 <br> Telephone: (702) 669-4630 <br><br> *Attorneys for Plaintiff, Polymer80, Inc.* | By: /s/ *Matthew D. Francis* . <br> Matthew D. Francis <br> Nevada Bar No.: 6978 <br> mfrancis@bhfs.com <br> 5520 Kietzke Lane, Suite 110 <br> Reno, NV 89511 <br> Telephone: (775) 324-4100 <br> Facsimile: (775) 333-8171 <br><br> -and- <br><br> John F. Renzulli <br> New York Bar No.: 1931476 <br> (Admitted *pro hac vice*) <br> jrenzulli@renzullilaw.com <br> Peter V. Malfa <br> New York Bar No.: 5224720 <br> (Admitted *pro hac vice*) <br> pmalfa@renzullilaw.com <br> Gavin M. Strube <br> New York Bar No.: 5507728 <br> (Admitted *pro hac vice*) <br> gstrube@renzullilaw.com <br> RENZULLI LAW FIRM, LLP <br> One North Broadway, Suite 1005 <br> White Plains, NY 10601 <br> Telephone: (914) 284-0700 <br> Facsimile: (914) 285-1213 <br><br> *Attorneys for Defendants, Glock, Inc. and Lipsey's, LLC* |

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 9th day of June, 2022, I served the document entitled, **JOINT NOTICE OF SETTLEMENT**, on counsel of record through the CM/ECF system.

                                           */s/   Jeff Tillison*
                                           Employee of Brownstein Hyatt Farber Schreck, LLP