Robert C. Ryan
Nevada State Bar No. 7164
Joshua M. Halen
State Bar No. 13885
HOLLAND & HART LLP
5441 Kietzke Lane, #200
Reno, Nevada  89511
Tel: (775) 327-3000
rcryan@hollandhart.com
jmhalen@hollandhart.com

Drik W. Gaspar
Nevada Bar No. 10046
HOLLAND & HART LLP
8555 Hillwood Drive
2nd Floor
Las Vegas, NV 89134
Telephone: (702) 669-4630
Email: dwgaspar@hollandhart.com

Counsel for Plaintiff,
POLYMER80, INC

Matthew D. Francis
Nevada State Bar No. 6978
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada  89511
Tel: (775) 324-4100
mfrancis@bhfs.com

John F. Renzulli (*Pro Hac Vice*)
Peter V. Malfa (*Pro Hac Vice*)
Gavin M. Strube (*Pro Hac Vice*)
RENZULLI LAW FIRM, LLP
One North Broadway, Suite 1005
White Plains, New York  10601
Tel: (914) 284-0700
jrenzulli@renzullilaw.com
pmalfa@renzullilaw.com
gstrube@renzullilaw.com

Counsel for Defendants'
GLOCK, INC. and LIPSEY'S, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| POLYMER80, INC., <br><br>　　　Plaintiff, <br><br>v. <br><br>GLOCK, INC. and LIPSEY'S, LLC, <br><br>　　　Defendants. | No. 3:20-cv-00617-MMD-CLB <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED AND AGREED by the parties that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice.  Each party to bear its own attorneys' fees and costs.

1

Dated:  June 20, 2022         s/ Robert C. Ryan
                              Robert C. Ryan
                              Nevada State Bar No. 7164
                              Joshua M. Halen
                              Nevada State Bar No. 23885
                              HOLLAND & HART LLP
                              5441 Kietzke Lane, #200
                              Reno, Nevada  89511
                              Tel:  (775) 327-3000
                              rcryan@hollandhart.com
                              jmhalen@hollandhart.com

                              Counsel for Plaintiff
                              POLYMER80, INC.

Dated:  June 20, 2022         s/ Matthew D. Francis
                              Matthew D. Francis
                              Nevada State Bar No. 6978
                              BROWNSTEIN HYATT FARBER
                              SCHRECK, LLP
                              5371 Kietzke Lane
                              Reno, Nevada  89511
                              Tel:  (775) 324-4100
                              mfrancis@bhfs.com

                              John F. Renzulli (*Pro Hac Vice*)
                              Peter V. Malfa (*Pro Hac Vice*)
                              Gavin M. Strube (*Pro Hac Vice*)
                              RENZULLI LAW FIRM, LLP
                              One North Broadway, Suite 1005
                              White Plains, New York  10601
                              Tel:  (914) 284-0700
                              jrenzulli@renzullilaw.com
                              pmalfa@renzullilaw.com
                              gstrube@renzullilaw.com

                              Counsel for Defendants
                              GLOCK, INC. and LIPSEY'S, LLC