Robert C. Ryan
Nevada State Bar No. 7164
Joshua M. Halen
State Bar No. 13885
HOLLAND & HART LLP
5441 Kietzke Lane, #200
Reno, Nevada  89511
Tel: (775) 327-3000
rcryan@hollandhart.com
jmhalen@hollandhart.com

Drik W. Gaspar
Nevada Bar No. 10046
HOLLAND & HART LLP
8555 Hillwood Drive
2nd Floor
Las Vegas, NV 89134
Telephone: (702) 669-4630
Email: dwgaspar@hollandhart.com

Counsel for Plaintiff,
POLYMER80, INC

Matthew D. Francis
Nevada State Bar No. 6978
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada  89511
Tel: (775) 324-4100
mfrancis@bhfs.com

John F. Renzulli (*Pro Hac Vice*)
Peter V. Malfa (*Pro Hac Vice*)
Gavin M. Strube (*Pro Hac Vice*)
RENZULLI LAW FIRM, LLP
One North Broadway, Suite 1005
White Plains, New York  10601
Tel: (914) 284-0700
jrenzulli@renzullilaw.com
pmalfa@renzullilaw.com
gstrube@renzullilaw.com

Counsel for Defendants'
GLOCK, INC. and LIPSEY'S, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| POLYMER80, INC., | ) | No. 3:20-cv-00617-MMD-CLB |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| v. | ) | |
| | ) | |
| GLOCK, INC. and LIPSEY'S, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED by the parties that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice.  Each party to bear its own attorneys' fees and costs.

1

Dated:  June 20, 2022

s/ Robert C. Ryan
Robert C. Ryan
Nevada State Bar No. 7164
Joshua M. Halen
Nevada State Bar No. 23885
HOLLAND & HART LLP
5441 Kietzke Lane, #200
Reno, Nevada  89511
Tel:  (775) 327-3000
rcryan@hollandhart.com
jmhalen@hollandhart.com

Counsel for Plaintiff
POLYMER80, INC.

Dated:  June 20, 2022

s/ Matthew D. Francis
Matthew D. Francis
Nevada State Bar No. 6978
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada  89511
Tel:  (775) 324-4100
mfrancis@bhfs.com

John F. Renzulli (*Pro Hac Vice*)
Peter V. Malfa (*Pro Hac Vice*)
Gavin M. Strube (*Pro Hac Vice*)
RENZULLI LAW FIRM, LLP
One North Broadway, Suite 1005
White Plains, New York  10601
Tel:  (914) 284-0700
jrenzulli@renzullilaw.com
pmalfa@renzullilaw.com
gstrube@renzullilaw.com

Counsel for Defendants
GLOCK, INC. and LIPSEY'S, LLC

IT IS SO ORDERED.

Date:  June 22, 2022

_____
Chief U.S. District Judge